JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-0781T)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:     (415) 436-7063
 Fax:              (415) 436-6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA | ) | No. 09 2877 RS |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| TSENG-YUAN STEVE CHEN | ) | |
| Defendant. | ) | |

COMES NOW the petitioner United States of America, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and submits this Notice of Dismissal for the reason that opposing party Tseng-Yuan Steve Chen has not filed an answer or other pleading in this matter.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

    /s

BLAKE D. STAMM
Assistant United States Attorney
Tax Division